IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3055 |
| | ) | |
| v. | ) | |
| | ) | |
| ISIDRO TERRIQUEZ CHAVEZ, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion under 18 U.S.C. § 2255, to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 55) is denied.

DATED this 9th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court